## TANNER V. EWING.

*Assumpsit.*

(Decided May 15, 1906.  41 So. Rep. 1038.)

APPEAL from Limestone Circuit Court.
Heard before Hon. D. W. SPEAKE.

No counsel marked for either party.
Reversed and remanded.
Per curiam.